Edward Malfetano
vs. } No. 84470.
United Electric Railways Co.

March 16, 1932.

CHURCHILL, J. This is a suit brought by the father of Loretta Malfetano for consequential damages and the ruling in this case, therefore, on defendant's motion for a new trial, depends upon the outcome of the case of *Loretta Malfetano* vs. *United Electric Railways Co.*, No. 84471.

In accordance with the rescript filed in that case, the motion of defendant for a new trial must be granted herein.

Motion for new trial granted.

For plaintiff: Curran, Hart, Gainer & Carr.

For defendant: Clifford, Whipple, Sweeney.